JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAN CHAU MINH,<br>Petitioner,<br>v.<br>WARDEN JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-02710-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition in Part, IT IS ADJUDGED that Ground 2 of the Petition is **granted** and the other Grounds are **denied**.

DATED: July 20, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE